Michael Sessa
Petitioner, pro-se
Fed. Reg. # 95870-004
USP Canaan
P.O. Box - 300
Waymart, PA 18472

August 12, 2009

Honorable David G. Trager
United States District Court Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y.
★ AUG 17 2009 ★
BROOKLYN OFFICE

Re: Michael Sessa v. United States
97-Civ-2097 (DGT)

Dear Judge Trager:

On August 7, 2009 I mailed to the clerk of the court a motion to remove attorney Bernard V. Kleinman from my case and for appointment of new counsel.

I have previously spoken with my former attorney David I. Schoen, to discuss him representing me with these §2255 and Rule 33 proceedings. Mr. Schoen has agreed to represent me if this Court would appoint him as counsel, pursuant to Title 18, U.S.C. §3006A. I would like to point out that Mr. Schoen has previously represented me and is fully appraised of the facts and issues involved in my case.

If this Court grants my motion requesting new counsel and removes attorney Kleinman from my case, I would request Your Honor consider appointing Mr. Schoen as my attorney. Appointing attorney Schoen would save time and judicial resources since he is more familar with my case than any other lawyer.

Wherefore, I respectfully request this Court to consider appointing attorney David Schoen as my attorney of record to represent me in my post-conviction proceedings.

Thank you for your time and consideration with this important matter.

Respectfully submitted:

_Michael Sessa_
Micheal Sessa

CC: AUSA Elizabeth Geddes
U.S. Attorneys Office
Eastern District of New York

David I. Schoen